A. F. LESHER *vs.* FREDERICK BEESMEIRE and others.

December 20, 1882.

Evidence, though conflicting and contradictory, *held* sufficient to sustain a verdict.

Action on a promissory note, brought in the district court for Dodge county. Defendants set up usury as a defence to the note,

and, after a trial before *Buckham*, J., and a jury, had a verdict. Plaintiff appeals from the judgment entered on the verdict.

*B. F. Latta*, for appellant.

*Robert Taylor*, for respondents.

BERRY, J.*  The appellant's only point is that the evidence does not justify the verdict.  The testimony is contradictory and conflicting, but that there is testimony having a reasonable tendency to support the verdict, if the jury believed it to be true, there can be no doubt.  The case is, then, one of a conflict of evidence, presenting a pure question of credibility to the jury.  In such circumstances a settled rule of this court forbids us to disturb the refusal of the district court to grant a new trial.  *Sumner* v. *Jones*, 27 Minn. 312; *Wright* v. *Ames*, 28 Minn. 362.

Judgment affirmed.

*Gilfillan, C. J., because of illness, took no part in this case.